## ABSTRACT OF JUDGMENT

**Re:** ONH AFC CS INVESTORS LLC, et al.

**Case Number:** 24-MC-00247 (LAK)

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Elchonon Schwartz; One Night Holdings, LLC; Nightingale Properties LLC; One Night Properties LLC; ES28 Investments LLC; Nightingale Property Group LLC; The Nightingale Group, LLC; Five Park 3003 LLC; 1 Westend PH-A LLC; 320 Mountain Rd. LLC; and Midnight Capital Partners LLC<br>c/o Elchonon Schwartz<br>512 W 22nd St, 8th Floor,<br>New York, NY 10011 | ONH AFC CS INVESTORS LLC and ONH 1601 CS Investors LLC<br>c/o Anna Phillips, as Trustee of the ONH Liquidating Trust<br>3445 Peachtree Road, Suite 1225<br>Atlanta, GA 30326 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $54,949,935.14 | Counsel to Plaintiffs<br>Jorian L. Rose, Esq.<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br><br>Counsel to Defendants<br>Thomas M. Wearsch, Esq.<br>Jones Day LLP,<br>250 Vesey Street,<br>New York, NY 10281<br><br>Matthew C. Corcoran, Esq.<br>Jones Day LLP,<br>325 John H. McConnell Boulevard,<br>Columbus, OH 43215 | May 7, 2024 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

I CERTIFY that the foregoing is a correct Abstract of the Judgment

**Dated:** New York                , New York

**DANIEL ORTIZ, Acting Clerk of Court**

_____
**By,**                **Deputy Clerk**